IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00074-BNB

IVAN COMEDORE STAMPS,

    Applicant,

v.

RON LEYBA, Warden Colorado Department of Corrections,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 6 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion for Stay of Execution" filed on January 23, 2009, in which Applicant asks the court not to consider his claims until he files an amended pleading, is DENIED as moot because the court has entered an order on January 20, 2009, directing Applicant to file an amended pleading.

Dated: January 26, 2009

Copies of this Minute Order mailed on January 26, 2009, to the following:

Ivan Stamps
Prisoner No. 68133
CMC/ACC-C
P.O. Box 300
Cañon City, CO 81215

                          Secretary/Deputy Clerk