IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00074-BNB

IVAN COMEDORE STAMPS,

    Applicant,

v.

RON LEYBA, Warden Colorado Department of Corrections,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Opposed Motion to Join Party Pursuant to F.R.C.P. 19" and Applicant's "Opposed Motion to Commence Discovery and Motion for Pretrial Conference," both of which were filed on April 24, 2009, are DENIED. Applicant's "Unopposed Motion to Amend Pursuant to F.R.C.P. 15(a)" filed on April 24, 2009, is GRANTED.

Dated: April 27, 2009

Copies of this Minute Order were mailed on April 27, 2009, to the following:

Ivan Stamps
Prisoner No. 68133
Delta Correctional Center
4102 Sawmill Mesa Road
Delta, CO 81416

John J. Fuerst III
Senior Assistant Attorney General
**DELIVERED ELECTRONICALLY**

Secretary/Deputy Clerk